

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BRIAN COLES

    Plaintiff

v.                              CIVIL ACTION NO. WDQ-06-2172

WALGREENS, et al

    Defendant

..oOo..

### MEMORANDUM

Before the Court is a pro se Complaint filed by Brian Coles, a Maryland Resident, alleging violations of the Americans With Disabilities Act. Plaintiff has also filed a Motion to Proceed in Forma Pauperis. Upon review of the pleadings, the Court will grant the Motion to Proceed in Forma Pauperis and dismiss the Complaint without prejudice.

Plaintiff avers that on March 30, 2006, he entered a Walgreen's store in Baltimore, asked an employee for a product, and was directed to an aisle with huge crates on the floor. According to plaintiff, he attempted to move a cart or crate that was blocking the aisle, and a container fell, hitting him on the shoulder. Plaintiff indicates that medics were called. He wasn't "real hurt" but rather shocked and startled. Plaintiff states this shows "ill regard for the handicap [sic] or elderly." *See* Complaint. Plaintiff asks for damages in the amount of $20,000 dollars, but indicates this amount is "negotiable." *See id.*

To state a claim under the Americans with Disabilities Act, a plaintiff must establish that: (1) he has a disability as defined by the Act; (2) he is otherwise qualified for the benefit or program at issue; and (3) he was excluded from the benefit or program on the basis of his

disability. *See Davis v. University. of North Carolina*, 263 F.3d 95, 99 (4th Cir.2001) (citations omitted). In this case, Plaintiff does not allege that he has a disability defined by the Americans with Disabilities Act nor proffer how he was excluded from a qualified benefit or program on the basis of a disability. Plaintiff has failed to state a claim under the Americans with Disabilities Act, and the Complaint will be dismissed without prejudice.[1] A separate Order follows.

_8/30/06_
Date

_[signature]_
William D. Quarles, Jr.
United States District Judge

---

[1] To the extent Plaintiff might have a cause of action under state law for negligence or under common-law torts, he must file that action in the appropriate state court. Diversity jurisdiction is lacking in this case. *See* 28 U.S.C. § 1332 (a)(1).

2